# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Carolina Migrant Network, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:26-cv-00028 |
| Immigration and Customs Enforcement ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 01/14/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC48654
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*