# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CAROLINA MIGRANT NETWORK,
AMICA CENTER FOR IMMIGRANT RIGHTS

      *Plaintiff*      )
      v.      )    Civil Action No. 3:26-cv-28
      )
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT  )
      )
      )
      )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
Office of the Principal Legal Advisor
500 12th Street SW, Mail Stop 5900
Washington, DC 20536-5900

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

| | |
|---|---|
| Daniel Melo, The Melo Law Firm | F. Evan Benz, Amica Center for Immigrant Rights |
| 2920 Forestville Road | 1025 Connecticut Ave. NW |
| Ste 100, PMB 1192 | Suite 701 |
| Raleigh, NC 27616 | Washington, D.C. 20036 |
| 919-348-9213 | 202-869-3984 |
| dan@themelolawfirm.com | evan@amicacenter.org |

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[Signature]*

Katherine Hord Simon, Clerk
United States District Court

Date: 01/14/2026

**Civil Action No.** 3:26-cv-28

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- ❏ **I personally served the summons on the defendant at** *(place)*_____ on *(date)* _____ ; or

- ❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- ❏ **I served the summons on** *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- ❏ **I returned the summons unexecuted because** _____ ; or

- ❏ **Other** *(specify)*: _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $** _____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                    **Server's signature**

                                    _____
                                    **Printed name and title**

                                    _____
                                    **Server's address**

**Additional information regarding attempted service, etc:**