# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>          Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | Case No. 3-26-cv-00028-MOC-WCM |

## AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL

I, F. Evan Benz, hereby declare the following, pursuant to 28 U.S. Code § 1746:

1. I am counsel for the Plaintiffs in this cause.

2. On January 15, 2026, I placed in the United States mail, properly addressed, postage prepaid, certified return receipt requested, a copy of the properly issued Civil Summons and Complaint in this action, along with all Exhibits attached thereto, addressed to:

   A. U.S. Immigration and Customs Enforcement
      500 12th Street, SW
      Washington, D.C. 20536

   B. Attorney General of the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

   C. U.S. Attorney's Office for the Western District of North Carolina
      227 West Trade St.
      Suite 1650
      Charlotte, NC 28202

3. The Civil Summons, Complaint, and Exhibits were delivered to Defendant U.S. Immigration and Customs Enforcement in Washington, D.C., on January 20, 2026.

4. A copy of the same was also delivered to the Attorney General of the United States in Washington, D.C., on the same date.

5. A copy of the same was also delivered to the United States Attorney for the Western District of North Carolina on January 17, 2026.

6. The genuine electronic return receipts for each of these deliveries are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on: January 21, 2026       ___/s/ F. Evan Benz___