# EXHIBIT A



January 21, 2026

Dear Frederick Benz:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 3131 7733 52**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 17, 2026, 1:00 pm |
| Location: | CHARLOTTE, NC 28202 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 227 W TRADE ST STE 1650 |
| City, State ZIP Code: | CHARLOTTE, NC 28202-1698 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *Shadaisha Brown* |
| Address of Recipient: | 227 W Trade St 165 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2026

Dear Frederick Benz:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3131 7733 45**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | January 20, 2026, 4:46 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [address image showing "JUSTICE 20530"]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2026

Dear Frederick Benz:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3131 7733 69**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 20, 2026, 8:10 am |
| Location: | WASHINGTON, DC 20536 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004