UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-28

CAROLINA MIGRANT NETWORK,
AMICA CENTER FOR IMMIGRANT
RIGHTS,

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Defendant.

## PLAINTIFFS' MOTION TO CORRECT DATE OF SERVICE AND DUE DATE OF ANSWER TO THE COMPLAINT

  Plaintiffs, by and through undersigned counsel, under Federal Rule of Civil Procedure 7(b), respectfully move this Court for an entry of an Order correcting the date of service upon Defendants and altering the due date for Defendant's answer to the Complaint to align with the Freedom of Information Act (FOIA) statute. In support of this Motion, Plaintiffs state:

  1. Plaintiffs filed a Complaint on January 14, 2026, alleging violations of FOIA, 5 U.S.C. § 552. The FOIA statute, unlike typical suits against the government, requires an answer in 30 days. *See* 5 U.S.C. § 552(a)(4)(C) ("Notwithstanding any other provision of law, the defendant shall serve an answer or otherwise plead to any complaint under this subsection within thirty days after service. . . .").

1

2. On January 17, 2026, Plaintiffs completed service of the Complaint on the U.S. Attorney's Office for the Western District of North Carolina. *See* ECF No. 5-1. Service was completed upon Defendant ICE and the U.S. Attorney General on January 20, 2026. *Id*.

3. On January 21, 2026, Plaintiffs filed an Affidavit of Service attesting to service on the Defendant. *See* ECF No. 5, Affidavit of Service. When filing that Affidavit of Service in ECF, Plaintiffs' counsel mistakenly entered the date of service as January 20, 2026, based on the delivery to Defendant ICE, rather than January 17, 2026, which is the date upon which the U.S. Attorney's Office was served. *Cf*. FRCP Rule 12(a)(2).

4. Also, when Plaintiffs' Counsel was filing the Affidavit of Service, the ECF system automatically calculated the answer date as twenty-one days from the date of service. There was no option in ECF that allowed for or reflected FOIA's thirty-day requirement as to the government's Answer.

5. After filing the Affidavit, Plaintiffs' counsel contacted the Clerk's Office, which recommended filing the instant motion to amend the due date of Defendant's answer, given the absence of administrative options in ECF.

6. Therefore, Plaintiffs respectfully request that the Court set the due date for Defendant's answer to 30 days from the date of service on the U.S. Attorney's Office (January 17, 2026), which would be February 17, 2026.

Respectfully submitted, this the 22nd day of January 2026.

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiffs*

*/s/ F. Evan Benz*
F. Evan Benz, Esq.
NC Bar No. 49077
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984
evan@amicacenter.org
*Pro Bono Counsel for Plaintiffs*