IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00028-MOC-WCM

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRATION RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> IMMIGRATION CUSTOMS ENFORCEMENT, <br><br> Defendant. | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court for an extension of time to respond to Plaintiff's Freedom of Information Act ("FOIA") complaint. The undersigned hereby moves the Court for an extension of time of thirty (30) days to answer or otherwise respond to Plaintiff's complaint, until and including March 23, 2026. In support of this motion, the United States shows unto the Court as follows:

1. On January 14, 2026, Plaintiff filed this action. Doc. 1.

2. On January 14, 2026, summonses were issued. Doc. 3.

3. The United States Attorney's Office for the Western District of North Carolina was served with a copy of the complaint on January 20, 2026.

4. The undersigned has consulted with assigned agency counsel and will need time to confer and coordinate with the agency to conduct a review of the applicable law and facts, including the basis for the withholding under certain Freedom of Information Act ("FOIA") exemptions to prepare an appropriate response to Plaintiff's complaint.

5. For these reasons, the undersigned hereby moves the Court for an extension of time of thirty (30) days to answer or otherwise respond to Plaintiffs' complaint until March 23, 2026.

6. Undersigned counsel has consulted with counsel for the Plaintiff, who does not oppose this request.

WHEREFORE the undersigned hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's complaint until March 23, 2026.

This the 11th day of February, 2026.

        **RUSS FERGUSON**
        UNITED STATES ATTORNEY

        **s/CAROLINE B. MCLEAN**
        Caroline B. McLean
        Assistant United States Attorney
        N.C. Bar No. 41094
        Room 233, US Courthouse
        100 Otis Street
        Asheville, NC 28801
        Phone: 828-271-4661
        Fax: 828-271-4327
        E-Mail: caroline.mclean@usdoj.gov