IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00028-MOC-WCM

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRATION RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> IMMIGRATION CUSTOMS ENFORCEMENT, <br><br> Defendant. | **NOTICE OF SUBSTITUTION** |

The undersigned Assistant United States Attorney gives notice that she is replacing AUSA Caroline B. McLean as counsel for the defendant in this action.

Respectfully submitted this 25th day of February, 2026.

        **RUSS FERGUSON**
        United States Attorney

        s/AMY E. RAY
        Assistant United States Attorney
        N.C. Bar No. 22762
        Room 233, U.S. Courthouse
        100 Otis Street
        Asheville, North Carolina 28801
        Telephone: (828) 271-4661
        Fax: (828) 271-4670
        E-mail: Amy.Ray@usdoj.gov