IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:26CV28-MOC-WCM

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRATION RIGHTS | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES IMMIGRATION CUSTOMS ENFORCEMENT, | ) ) ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR STAY AND/OR FOR CONTINUANCE DUE TO LAPSE IN APPROPRIATIONS**

The United States, appearing on behalf of Defendant United States Immigration Customs Enforcement, respectfully moves for a stay of all case deadlines in the above-captioned case until 30 days after the partial government shutdown affecting appropriations for the United States Immigration Customs Enforcement. In the alternative, the United States moves for a continuance of 30 days.

1. On January 14, 2026, Plaintiffs Carolina Migrant Network and Amica Center for Immigration Rights filed this action seeking declaratory and injunctive relief under the Freedom of Information Act, 5 U.S.C. § 552, related to ICE's Alternatives to Detention program.

1

2. Since the filing of Plaintiffs' complaint, the United States has worked with agency counsel to determine whether records that are not exempt from the disclosures required under the Act exist and should be produced.

3. Less than a month after Plaintiffs filed their complaint, on February 13, 2026, the Department of Homeland Security experienced a lapse of funding affecting Defendant United States Immigration and Customs Enforcement.

4. ICE FOIA operations are considered a non-excepted function of the agency. Accordingly, all ICE employees within its FOIA office were furloughed as of February 13, including its director. As furloughed employees, they are not authorized to perform work on FOIA matters, including both administrative FOIA processing and FOIA-related litigation support.

5. Because of the partial government shutdown, Defendant cannot respond to new or pending FOIA requests, conduct or oversee searches for responsive records, review records for responsiveness and applicable exemptions, make release determinations, or prepare and issue productions. ICE litigation counsel depend on ICE FOIA personnel to perform each of these tasks. Nor can the FOIA office director or other FOIA staff who would ordinarily serve as declarants provide declarations describing or providing the detailed facts that ICE litigation counsel rely upon in FOIA cases.

6. For these reasons, ICE lacks both the legal and practical ability to respond to FOIA requests. And the United States lacks access to the resources

necessary to defend the agency in FOIA actions.

7. Accordingly, the Government hereby requests a stay until 30 days after the partial government shutdown has lifted, enabling ICE's FOIA staff to return to work and the United States to respond accurately and effectively to Plaintiffs' allegations. In the alternative, the United States requests an extension of its deadline to file its answer to Plaintiffs' complaint until April 22, 2026. The United States sincerely regrets any disruption to the Court and litigants.

8. Plaintiffs object to this motion.

Respectfully submitted this 16th day of March, 2026.

    RUSS FERGUSON
    UNITED STATES ATTORNEY

    s/AMY E. RAY
    Assistant United States Attorney
    N.C. Bar No. 22762
    Room 233, U.S. Courthouse
    100 Otis Street
    Asheville, North Carolina 28801
    Tel: (828) 271-4661
    Fax: (828) 271-4327
    Email: Amy.Ray@usdoj.gov

    *Counsel for the United States*

## CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024 and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 6th day of November, 2025.

Respectfully submitted,

s/CAROLINE B. McLEAN
Assistant United States Attorney