Outlook

## RE: Carolina Migrant Network v. US

From  McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
Date  Wed 2/18/2026 11:28 AM
To    Evan Benz <evan@amicacenter.org>; Daniel Melo <Dan@themelolawfirm.com>
Cc    Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>

Evan,

Thanks for the email and apologies for the slow reply. After the holiday Monday, I did follow up on this with the agency. However, I have unfortunately learned that the ICE FOIA office is currently furloughed as part of the DHS shutdown. I can convey, however, that when the shutdown and furlough ends, ICE intends to post the memo to the ICE reading room within a short timeframe. I will keep you posted.

Thanks,
Caroline

**From:** Evan Benz <evan@amicacenter.org>
**Sent:** Wednesday, February 18, 2026 11:24 AM
**To:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>; Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>
**Subject:** [EXTERNAL] Re: Carolina Migrant Network v. US

Hi Caroline,

Hope you're doing well and got to enjoy the long weekend! Following up to see if you have an update about how soon we can expect to receive the records and see them published on ICE's website.

Thank you,

Evan

**F. Evan Benz | Senior Attorney, Immigration Impact Lab**



1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036

p. +1 (202) 869-3984
f. +1 (202) 123-4567
e. evan@amicacenter.org
www.amicacenter.org
*Admitted to practice only in North Carolina; supervised by a member of the local bar.*

Amica Center for Immigrant Rights is formerly known as CAIR Coalition.
To learn more about our new name and new brand, click here.

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

---

**From:** Evan Benz <evan@amicacenter.org>
**Sent:** Friday, February 13, 2026 11:40 AM
**To:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>; Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>
**Subject:** Re: Carolina Migrant Network v. US

Hi Caroline,

Hope you're doing well. Do you have any update from ICE as to the processing/production of the records in this case?

Best,

Evan

**F. Evan Benz | Senior Attorney, Immigration Impact Lab**



1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
p. +1 (202) 869-3984
f. +1 (202) 123-4567
e. evan@amicacenter.org
www.amicacenter.org
*Admitted to practice only in North Carolina; supervised by a member of the local bar.*

Amica Center for Immigrant Rights is formerly known as CAIR Coalition.
To learn more about our new name and new brand, click here.

Case 3:26-cv-00028-MOC-WCM    Document 16-1    Filed 03/16/26    Page 2 of 5

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

**From:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Sent:** Wednesday, February 11, 2026 9:06 AM
**To:** Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>; Evan Benz <evan@amicacenter.org>
**Subject:** RE: Carolina Migrant Network v. US

> **[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Thank you, Dan.

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Wednesday, February 11, 2026 9:04 AM
**To:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>; Evan Benz <evan@amicacenter.org>
**Subject:** [EXTERNAL] Re: Carolina Migrant Network v. US

Hi Caroline,

No worries, really appreciate your response. Glad to hear the agency is going to be posting it in addition to sharing it with Plaintiffs. Based on that information, we will hold off on filing a PI.

Thanks again,

-Dan

**From:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Sent:** Wednesday, February 11, 2026 8:49 AM
**To:** Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>; Evan Benz <evan@amicacenter.org>
**Subject:** RE: Carolina Migrant Network v. US

Dan,

Thanks for the email. Apologies for slow response but I had to be out of the office yesterday. Here's what I know now: the agency plans to process the 6/9/25 memo and produce it. It will be posted in the ICE FOIA Library on ICE's public facing website. The agency does need to review redactions which they hope to do by the end of the week. I hope this information is helpful to

you and that we could avoid unnecessary motions practice in the short term. Happy to have a call to discuss if you would like.

In the meantime, thank you for letting me know about Plaintiff's position re the extension and we'll plan to file that MOXT today or tomorrow.

Best,
Caroline

---

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Monday, February 9, 2026 10:07 AM
**To:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>; Evan Benz <evan@amicacenter.org>
**Subject:** [EXTERNAL] Re: Carolina Migrant Network v. US

Good morning Caroline,

Hope you had a nice weekend. We are not opposed to an extension. I know you are awaiting an answer from ICE, but assuming the agency does not intend to publish the memo, we plan to file a PI motion before the end of this week seeking an order for them to do so. Look forward to hearing from you,

-Dan


**Daniel Melo**
The Melo Law Firm, PLLC
*Federal FOIA & Transparency Litigation*

(919) 348-9213

themelolawfirm.com

*Confidentiality Notice: This email and any attachments are intended only for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this message.*

---

**From:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Date:** Friday, February 6, 2026 at 11:24 AM
**To:** Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>, Evan Benz <evan@amicacenter.org>
**Subject:** RE: Carolina Migrant Network v. US

Hey Dan, thanks for the email. Monday is fine and I have passed your question along to the agency. Just got out of office replies that I won't hear from them until next week, but when I do, I'll let you know.

Have a nice weekend,
Caroline

---

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Friday, February 6, 2026 11:20 AM

**To:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>; Evan Benz <evan@amicacenter.org>
**Subject:** [EXTERNAL] Re: Carolina Migrant Network v. US

Hi Caroline,

Good to hear from you again. Glad that the agency will be able to hopefully fulfill that part of our request this month. My co-counsel is out of the office today, so if it's alright, I'll get you a firm answer Monday. I don't anticipate any objection though. Would you be able to ask the agency whether it intends to post the memo in ICE's reading room? We do believe that to be required by the statute.

Talk soon,

-Dan

---

**From:** McLean, Caroline (USANCW) <Caroline.McLean@usdoj.gov>
**Sent:** Thursday, February 5, 2026 2:22:14 PM
**To:** Daniel Melo <Dan@themelolawfirm.com>
**Cc:** Gaddy, Debbie (USANCW) <Debbie.Gaddy@usdoj.gov>
**Subject:** Carolina Migrant Network v. US

Dan,

I hope you're doing well. I've also been assigned the attached FOIA case, No. 3:26-cv-28. I have been able to touch base with the agency, which is hoping to make a production by the end of the month but is still assessing the request and would appreciate a bit more time. Would you consent to an extension of 30 days for the United States to answer or otherwise respond to the Compliant (from 2/19/26 to Monday, 3/23/26)? I'm hoping that whatever the agency is able to produce will moot the case, but if not, might substantially lessen it. If it's not what your client is wanting, it might give us more time to figure that out before we answer.

Thanks for the consideration,
Caroline