**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ROBERT F. KENNEDY HUMAN RIGHTS et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.; <br> *Defendants*. |

25 Civ. 4349 (AS)

**DECLARATION OF ANTHONY ENRIQUEZ**

I, Anthony Enriquez, hereby declare and state:

1.      I am the Vice President of U.S. Advocacy and Litigation at Robert & Ethel Kennedy Human Rights Center, formerly Robert F. Kennedy Human Rights.

2.      I am the attorney of record for Plaintiffs in this matter.

3.      Attached to this declaration as Exhibit 1 is a true and correct copy of a FOIA production in this matter by Department of Homeland Security agency Customs and Border Protection, sent to me by email on March 3, 2026.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief. Executed on March 16, 2026 at New York, NY.

/s/ Anthony Enriquez
Anthony Enriquez



# Exhibit 1

1300 Pennsylvania Avenue NW
Washington, DC 20229



March 3, 2026

Sarah Decker
1300 19th Street NW
Washington, D.C. 20036

Re: ***Robert F. Kennedy Human Rights; National Immigration Project; and American Civil Liberties Union of Louisiana w. United States Department of Homeland Security, et. al., Case No. 25-cv-4349***

Dear Ms. Decker:

This is the second response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) *Robert F. Kennedy Human Rights; National Immigration Project; and American Civil Liberties Union of Louisiana w. United States Department of Homeland Security, et. al., Case No. 25-cv-4349,* CBP-FO-2025-055593 dated January 27, 2025.

CBP FOIA reviewed 1080 pages of records and made the following determination:

a.   1080 pages of records are determined to be Non-Responsive or Duplicate pages.

Additional information regarding the applicable exemptions and response can be found at the following link: https://www.cbp.gov/document/guidance/exemption-definitions.

Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. As this matter is in litigation, please contact the DOJ trial attorneys of record if there are any questions.

Sincerely,


FOIA Division
U.S. Customs and Border Protection