IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:26CV28-MOC-WCM

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, <br> AMICA CENTER FOR <br> IMMIGRATION RIGHTS <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION <br> CUSTOMS ENFORCEMENT, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States submits this supplemental authority in support of its motion to stay or, in the alternative, for a 30-day continuance of its deadline to answer because of the lapse in appropriations for the Department of Homeland Security and the United States Immigration Customs Enforcement.

1. For the reasons described in its motion and its reply to Plaintiffs' response in opposition, the United States seeks a stay of its time to answer or otherwise respond to Plaintiffs' complaint pending the end of the partial government shutdown currently affecting all FOIA staff within the United States Immigration Customs Enforcement. Alternatively, the United States asks this

1

Court to extend by 30 days its time to answer or otherwise respond to Plaintiffs'
complaint.

2.      In their response in opposition and in a notice of supplemental
authority filed yesterday, Plaintiffs assert that the FOIA staff within ICE can
continue, and are continuing, to process FOIA requests.   Plaintiffs base this
assertion in part on the posting of some documents to ICE FOIA's publicly available
library.

3.      Attached to this notice is the supplemental declaration of Dr. Kenneth
N. Clark, the assistant director of ICE's Office of Information Governance and
Policy.   In this supplemental declaration, Dr. Clark explains that ICE operational
program offices that are not subject to the lapse in appropriations have the
capability to post records to the ICE FOIA library.   The posting of a record in that
library, therefore, should not "be interpreted as proof that the ICE FOIA Office is
currently processing FOIA requests or otherwise during the lapse in
appropriations."

4.      This declaration supports the United States' assertion that the ICE
FOIA office not able to process or respond to requests for records during the lapse in
appropriations.

2

Respectfully submitted this 26th day of March, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel:   (828) 271-4661
Fax:   (828) 271-4327
Email:   Amy.Ray@usdoj.gov

*Counsel for the United States*

3