CAROLINA MIGRANT NETWORK, *et al.*,

               Plaintiffs,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

               Defendant.

Case No. 3:26-cv-00028-MOC-WCM

## JOINT RULE 26(f) REPORT

In this Freedom of Information Act ("FOIA") action, Plaintiffs Carolina Migrant Network and Amica Center for Immigrant Rights submitted a FOIA request to Immigration and Customs Enforcement ("ICE") in October 2025. That FOIA request generally sought records regarding information on ICE's current policies related to GPS ankle monitoring of noncitizens. *See generally* Dkt. 1.

Plaintiffs initiated this action on January 14, 2026, and Defendant timely responded to the Complaint. Dkts. 1, 14. On May 1, 2026, Assistant United States Attorney Amy Ray, attorney for Defendant, and Daniel Melo and Evan Benz, attorneys for Plaintiffs, conferred via Microsoft Teams, and hereby submit this Joint Rule 26(f) Report.

A typical discovery scheduling order does not account for the nature of a FOIA matter in which the parties work together to ensure timely and complete production of the requested FOIA materials. The parties instead anticipate that this litigation will be resolved on cross-motions for summary judgment.

1. Defendant has published a redacted version of the June 9, 2025, "Helland Memo" on its FOIA reading room.[1] Defendant has identified additional records that are responsive to Plaintiffs' request and intends to produce those records as soon as practicable. Once that production has occurred, Defendant takes the position that Plaintiffs' request will be satisfied. The parties anticipate that this litigation will primarily involve disagreements about the appropriateness of the redactions applied to the published version of the Helland memo.

2. The parties propose the following briefing schedule with respect to summary judgment:

   a. Defendant's Motion for Summary Judgment to be filed by July 14, 2026

   b. Plaintiffs' Response and Cross-Motion for Summary Judgment to be filed by August 4, 2026.

   c. Defendant's Reply and Response to Cross-Motion to be filed by August 25, 2026.

   d. Plaintiffs' Reply to be filed by September 1, 2026.

---

[1] Available at
https://www.ice.gov/doclib/foia/policy/memoIncreaseInPersonCheckInsContractorOfficesATD_Participants_06092025.pdf%3Chttps://urldefense.com/v3/__https://www.ice.gov/doclib/foia/policy/memoIncreaseInPersonCheckInsContractorOfficesATD_Participants_06092025.pdf__;!!H5a-iwIg4hw!k1zKg_0Ua_lVrkYLNNvpW2KqOoD1FcxUcwzX40pDTUhFGzVR2oR8KUcaV0i5UGlfOmnjS10J1gCfBGq6RQk$%3E

Date: May 14, 2026

Respectfully submitted,

FOR THE DEFENDANT:

FOR THE PLAINTIFFS:

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Amy E. Ray
Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel: (828) 271-4661
Fax: (828) 271-4327
Email: Amy.Ray@usdoj.gov
*Counsel for the United States*

/s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel for Plaintiffs*

/s/ F. Evan Benz
F. Evan Benz
NC Bar No. 49077
Amica Center for Immigrant Rights
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Tel: (202) 869-3984
Fax: (202) 331-3341
evan@amicacenter.org
*Pro Bono Counsel for Plaintiff*