# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:26CV28-MOC-WCM

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, | ) |
| AMICA CENTER FOR | ) |
| IMMIGRATION RIGHTS | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES IMMIGRATION | ) |
| CUSTOMS ENFORCEMENT, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES

The United States moves this Court to extend the parties' dispositive-motions deadline by 30 days for the following reasons.

1. In late October of 2025, Plaintiffs Carolina Migrant Network and Amica Center for Immigration Rights submitted a FOIA request to the United States Immigration and Customs Enforcement, asking for the production of a June 9, 2025, "memorandum or guidance," authored by Dawnisha M. Helland and related to the Alternatives to Detention Program. Ex. A to Pl. Compl., ECF, No. 1-2 at 2. Plaintiffs also requested the production of any "accompanying instructions" or other guidance related to the memorandum. *Id.*

1

2.     Ten weeks later, in mid-January of this year, Plaintiffs filed this action seeking declaratory and injunctive relief under the Freedom of Information Act, 5 U.S.C. § 552, related to the Alternatives to Detention program.   Pl. Compl., ECF No. 1.   In their complaint, Plaintiffs assert six claims, including the United States' failure to conduct an adequate search and failure produce responsive records within the time period described in 5 U.S.C. § 552(a)(6).

3.     The United States filed its Answer to Plaintiffs' complaint on April 22. A week later, ICE published the June 9, 2025, document Plaintiffs had requested. ICE also identified a few additional records responsive to Plaintiffs' FOIA request.

4.     On May 14, the parties filed a joint certification of initial attorney conference and discovery plan in accordance with Federal Rule of Civil Procedure 26(f).   Rule 26(f) Cert., ECF No. 15.   The parties proposed dispositive-motions deadlines that assumed that production of the remaining records would be complete before either party would file a dispositive motion.

5.     This Court adopted that proposed schedule four days later.   Pretrial Order and Case Mgmt Plan, ECF No. 16.   Under this schedule, the United States' motion for summary judgment and supporting memorandum are due next Tuesday, July 14.

6.     ICE has worked diligently to complete its productions in response to Plaintiffs' FOIA request.   The undersigned learned today that although the final records will be produced by the end of next week.

2

7.      The parties anticipate that this action will be resolved through dispositive motions.   Additionally, this Court and Plaintiffs will need to review the records produced to determine whether and to what extent those productions comply with FOIA.   Because summary-judgment briefing before final productions is premature and because the agency reports that those final productions will be made no later than next week, the United States respectfully requests that this Court extend all dispositive-motions deadlines by 30 days.   This extension would result in the following adjustment to the current deadlines:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | **August 13, 2026** |
| Plaintiff's Consolidated Response and Cross-Motion for Summary Judgment: | **September 3, 2026** |
| Defendant's Consolidated Reply and Response to Plaintiffs' Cross-Motion for Summary Judgment: | **September 24, 2026** |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment: | **October 1, 2026** |

8.      Plaintiffs do not object to this motion for extension of time.

3

Respectfully submitted this 8th day of July, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel:   (828) 271-4661
Fax:   (828) 271-4327
Email:   Amy.Ray@usdoj.gov

*Counsel for the United States*

4