# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:26-cv-00028-MOC-WCM

| | | |
|---|---|---|
| CAROLINA MIGRANT NETWORK; and **AMICA CENTER FOR IMMIGRANT RIGHTS**, | ) ) ) ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion to Extend Dispositive Motions Deadlines (the "Motion," Doc. 17).

The Motion is **GRANTED**, and the following deadlines are **EXTENDED**:

| | |
|---|---|
| Defendant's Summary Judgment Motion: | August 13, 2026 |
| Plaintiff's Consolidated Response and Cross-Motion for Summary Judgment: | September 3, 2026 |
| Defendant's Consolidated Reply and Opposition to Defendants' Cross-Motion for Summary Judgment: | September 24, 2026 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment: | October 1, 2026 |

1

All other provisions of the Pretrial Order and Case Management Plan (Doc. 16) remain in effect.

It is so ordered.

Signed: July 9, 2026

W. Carleton Metcalf
United States Magistrate Judge