IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-28-MOC-MTO

CAROLINA MIGRANT NETWORK,
AMICA CENTER FOR IMMIGRANT
RIGHTS,

     Plaintiffs,

     v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     Defendant.

## **UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

The United States moves for summary judgment under Federal Rule of Civil Procedure 56 in favor of its agency, United States Immigration and Customs Enforcement, because there is no issue of material fact and the United States is entitled to judgment as a matter of law. The United States describes the grounds and authorities supporting these alternative motions in the accompanying Memorandum of Law.

The United States respectfully requests that this Court grant its motion for summary judgment and for any other or additional relief the Court deems appropriate.

1

Respectfully submitted this 13th day of August, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel:   (828) 271-4661
Fax:   (828) 271-4327
Email:   Amy.Ray@usdoj.gov

*Counsel for the United States*

2