**From:** Office of the Executive Associate Director for ERO
**Subject:** Alternatives to Detention Enforcement Teams (A-Teams)
**Date:** Friday, October 10, 2025 8:16:06 PM
**Attachments:** image001.png
image003.png

# Office of the Executive Associate Director

Enforcement and Removal Operations



**To:** Field Office Directors and Deputy Field Office Directors

**Subject:** Alternatives to Detention Enforcement Teams (A-Teams)

ATD is re-establishing ATD Enforcement Teams (A-Teams) to align with Executive Order 14159, Protecting the American People Against Invasion.

The ATD Enforcement Teams primary responsibility is to initiate enforcement actions for aliens enrolled in the ATD program that are subject to an executable final order of removal and/or have otherwise violated the terms of release.

Field Office Directors please identify one (1) Assistant Field Office Director (AFOD) POC who will serve as the primary POC for each AOR to facilitate the development of A-Teams.

- **Please upload AFOD POC information using the link below by Wednesday, October 15th at 5:00 PM ET:**
  - AFOD POC

**A-Team primary responsibilities:**



**Additional notes:**

(b)(7)(E)

If you have any questions, please contact ATD Unit Chiefs:

ATD East: **(b)(6),(b)(7)(C),(b)(7)(F)** @ice.dhs.gov
AORs: ATL, BAL, BOS, BUF, CHI, DET, MIA, NEW, NYC, NOL, PHI, SPM, WAS
ATD West: **(b)(6),(b)(7)(C),(b)(7)(F)** @ice.dhs.gov
AORs: DAL, ELP, HLG, HOU, LOS, PHO, SEA, SFC, SLC, SNA, SND

(b)(6),(b)(7)(C),(b)(7)(F)
Acting Executive Associate Director
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

**GOVERNMENT EXHIBIT**

**2**

REL0000228560



Serving with Integrity.
Integrity • Courage • Excellence

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

REL0000228560

**From:** ERO Assistant Directors
**Subject:** Referral of Aliens to the Alternatives to Detention Intensive Supervision Appearance Program (ATD-ISAP)
**Date:** Friday, March 7, 2025 3:56:29 PM
**Attachments:** image001.png

# Assistant Director for
# Non-Detained Management

Enforcement and Removal Operations



**To:**        **All ERO Field Office Personnel**

**Subject:**        **Referral of Aliens to the Alternatives to Detention Intensive Supervision Appearance Program (ATD-ISAP)**

The Alternatives to Detention (ATD) Intensive Supervision Appearance Program (ISAP) is a flight-mitigation tool that uses case management and technology to improve compliance with release conditions, court hearings, and final orders of removal.

# (b)(7)(E)

**Inventory:**

# (b)(7)(E)

**Field Support:**
The ATD-ISAP contract has language governing and supporting ERO in the Field. The ATD-ISAP contractor, BI Inc., can and will support the Field on-site at your offices. AMOs are available to assist enrolling cases into ATD-ISAP. The goal is to increase monitoring of aliens to ensure compliance with immigration law and compliance with departing the United States when ordered.

**Training:**
NDMD ATD personnel, in partnership with BI Inc., are available to offer both virtual and/or on-site training for all Field Offices upon request. This training will be made available and is designed to assist Field Offices in training additional personnel with all aspects of ATD-ISAP to include initial enrollment, case monitoring, live targeting for enforcement purposes, escalation home/office visit strategies, etc.

Field Offices interested in ATD-ISAP/BI training opportunities or additional ATD-ISAP support should contact the following:
- Unit Chief East – (b)(6),(b)(7)(C),(b)(7)(F)
  - ATL, BAL, BOS, BUF, CHI, DET, MIA, NEW, NOL, NYC, PHI, SPM, WAS
- Unit Chief West – (b)(6),(b)(7)(C),(b)(7)(F)
  - DAL, DEN, ELP, HLG, HOU, LOS, PHO, SEA, SFR, SLC, SNA, SND,


(b)(6),(b)(7)(C),(b)(7)(F)
Assistant Director
Non-Detained Management

REL0000228561

**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

This message was sent in concurrence with AD Field Operations.

This message expires one year from the date it was sent, pursuant to ERO Policy.

*Serving with Integrity.*
**I**ntegrity • **C**ourage • **E**xcellence

U.S. Immigration
and Customs
Enforcement

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

| | |
|---|---|
| **From:** | ERO Assistant Directors |
| **Subject:** | Increase of In-Person Check-Ins at Contractor Offices for ATD Participants |
| **Date:** | Monday, June 9, 2025 1:43:01 PM |
| **Attachments:** | image001.png |
| | image002.jpg |

Graphical user interface, text  Description automatically generated

**To:** **All ERO Personnel**

**Subject:** **Increase of In-Person Check-Ins at Contractor Offices for ATD Participants**

**BLUF:** Please see below for changes to reporting requirements for aliens assigned to the ATD program.

**Details:**

# (b)(7)(E)

Questions related to this message can be directed to Unit Chief (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov.

**(b)(6),(b)(7)(C),(b)(7)(F)**
Acting Assistant Director
Non-Detained Management
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

This message was sent in concurrence with AD Field Operations.

This message expires one year from the date it was sent, pursuant to ERO Policy.

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

REL0000228566