UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | **CASE NO. 3:26-CV-28** |

**PLAINTIFFS' CONSOLIDATED RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs move for summary judgment under Federal Rule of Civil Procedure 56 in their favor because there is no issue of material fact that there are entitled to judgment as a matter of law. Plaintiffs respond to Defendant's Motion for Summary Judgment and support their cross-motion for summary judgment in the accompanying Memorandum of Law.

Plaintiffs respectfully request that this Court grant their motion for summary judgment, deny Defendant's, and order any additional relief the Court deems just and proper.

Dated: September 3, 2026

Respectfully submitted,

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100

PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel for Plaintiffs*

*/s/ F. Evan Benz*
F. Evan Benz, Esq.
NC Bar No. 49077/GA Bar No. 820944
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave NW Ste. 701
Washington, DC 20036
Phone: (202) 869-3984
evan@amicacenter.org
*Pro Bono Counsel for Plaintiffs*