# EXHIBIT A

**From:** [redacted]
**Subject:** Increase of In-Person Check-Ins at Contractor Offices for ATD Participants
**Date:** Monday, June 9, 2025 4:43:01 PM
**Attachments:** [redacted]

Graphical user interface, text Description automatically generated

**To:** **All ERO Personnel**

**Subject:** **Increase of In-Person Check-Ins at Contractor Offices for ATD Participants**

**BLUF:** Please see below for changes to reporting requirements for aliens assigned to the ATD program.

**Details:**

- Post-order aliens in the ATD program, currently assigned to virtual check-ins, will now move to in-person check-ins.
- If the alien is not being arrested at the time of reporting, escalate their supervision level to GPS ankle monitors whenever possible and increase reporting requirements, regardless of case type (i.e., pre-order or post-order).
- Do not release any aliens on Order of Release on Recognizance (OREC) or Order of Supervision (OSUP) without technology.
- All pregnant females should be placed on wrist-worn technology.
- Local BI contractor offices can provide detailed reports to Field Offices of upcoming check-ins.

Questions related to this message can be directed to Unit Chief [redacted]

[redacted] **Helland**
[redacted]

This message was sent in concurrence with AD Field Operations.

This message expires one year from the date it was sent, pursuant to ERO Policy.

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.