Query Reports Utilities Help Log Out

CLOSED,HABEAS,PSO

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:25-cv-05788-KSM

T- v. MCSHANE et al
Assigned to: DISTRICT JUDGE KAREN S. MARSTON
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 10/07/2025
Date Terminated: 11/13/2025
Jury Demand: None
Nature of Suit: 463 Habeas Corpus: Alien Detainee
Jurisdiction: U.S. Government Defendant

**Petitioner**

**G- T-** represented by

**Lilah Rose Thompson**
Nationalities Service Center
Legal Department
1216 Arch Street
4th Floor
Philadelphia, PA 19107
215-609-1531
Fax: 267-573-3839
Email: LRThompson@philadefender.org
*ATTORNEY TO BE NOTICED*

**Mikaela Wolf-Sorokin**
Defender Association of Philadelphia
Community Defense Unit
1441 Sansom Street
Philadelphia, PA 19102
617-935-7941
Email: MLWolfSorokin@philadefender.org
*ATTORNEY TO BE NOTICED*

**SARAH E DECKER**
1300 19TH STREET NW
SUITE 750
WASHINGTON, DC 20036
Email:
DECKER@RFKHUMANRIGHTS.ORG
*ATTORNEY TO BE NOTICED*

**JONAH EATON**
Nationalities Service Center
1216 Arch St
Floor 4
Philadelphia, PA 19107
215-609-1527
Email: jonah@unlocal.org
*ATTORNEY TO BE NOTICED*

**SARAH T. GILLMAN**
Robert & Ethel Kennedy Human Rights Center
88 Pine Street
Suite 801
11201
New York, NY 10005
929-656-1871
Email: gillman@kennedyhumanrights.org
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**BRIAN MCSHANE**
*in his official capacity as Acting Field Office Director of the Philadelphia Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations*

represented by

**ANTHONY ST. JOSEPH**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8267
Email: Anthony.StJoseph@usdoj.gov
*ATTORNEY TO BE NOTICED*

**MONIQUE MYATT GALLOWAY**
U.S. ATTORNEY'S OFFICE, EDPA
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8216
Fax: 215-861-8618
Email: monique.galloway@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**Secretary of the Dep KRISTI NOEM**
*in her official capacity as Secretary of the Department of Homeland Security*

represented by **ANTHONY ST. JOSEPH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MONIQUE MYATT GALLOWAY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**PAMELA BONDI**
*in her official capacity as Attorney General of the United States*

represented by **ANTHONY ST. JOSEPH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MONIQUE MYATT GALLOWAY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**TODD LYONS**
*in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*

represented by **ANTHONY ST. JOSEPH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MONIQUE MYATT GALLOWAY**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2025 | 1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5 receipt number APAEDC-18645426.), filed by G- T-. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form and Explanation of Related Case, # 3 Exhibit)(EATON, JONAH) (Entered: 10/07/2025) |
| 10/09/2025 | 2 | NOTICE of Appearance by Lilah Rose Thompson on behalf of G- T- (Thompson, Lilah) (Entered: 10/09/2025) |
| 10/09/2025 | 3 | NOTICE of Appearance by Mikaela Wolf-Sorokin on behalf of G- T- (Wolf-Sorokin, Mikaela) (Entered: 10/09/2025) |
| 10/16/2025 | 4 | MOTION for Pro Hac Vice *Sarah Gillman* ( Filing fee $ 75 receipt number APAEDC-18666755.) filed by G- T-..(Wolf-Sorokin, Mikaela) (Entered: 10/16/2025) |
| 10/16/2025 | 5 | MOTION for Pro Hac Vice *Sarah Decker* ( Filing fee $ 75 receipt number APAEDC-18666781.) filed by G- T-..(Wolf-Sorokin, Mikaela) (Entered: 10/16/2025) |
| 10/16/2025 | 6 | ORDER THAT THE MOTIONS FOR ADMISSION PRO HAC VICE OF SARAH GILLMAN, ESQUIRE, AND SARAH DECKER, ESQUIRE, (DOC. NOS. 4 AND 5) ARE BOTH DENIED WITHOUT PREJUDICE. COUNSEL IS ENCOURAGED TO FILE A MOTION THAT COMPLIES WITH JUDGE MARSTONS POLICIES AND PROCEDURES, WHICH ARE AVAILABLE ON THE COURTS WEBSITE. SIGNED BY DISTRICT JUDGE KAREN S. MARSTON ON 10/16/25.10/17/25 ENTERED AND COPIES E-MAILED.(amas) (Entered: 10/17/2025) |
| 10/20/2025 | 7 | NOTICE of Appearance by MONIQUE MYATT GALLOWAY on behalf of PAMELA BONDI, TODD LYONS, BRIAN MCSHANE, KRISTI NOEM with Certificate of Service(GALLOWAY, MONIQUE) (Entered: 10/20/2025) |
| 10/21/2025 | 8 | NOTICE of Appearance by ANTHONY ST. JOSEPH on behalf of PAMELA BONDI, TODD LYONS, BRIAN MCSHANE, KRISTI NOEM with Certificate of Service(ST. JOSEPH, ANTHONY) (Entered: 10/21/2025) |
| 10/21/2025 | 9 | (VACATED PER ORDER NO. 15 ) ORDER THAT A TELEPHONIC PRETRIAL CONFERENCE WILL BE HELD ON 11/12/2025, AT 11:00 AM, BEFORE DISTRICT JUDGE KAREN S. MARSTON, ETC. SIGNED BY DISTRICT JUDGE KAREN S. MARSTON ON 10/21/25. 10/21/25 ENTERED AND COPIES E-MAILED.(amas) Modified on 10/30/2025 (amas). (Entered: 10/21/2025) |
| 10/22/2025 | 10 | MOTION for Pro Hac Vice *for Sarah Gillman* (Fee Not Paid) filed by G- T-.Affidavit of Sarah Gillman, Certificate of Service.(Wolf-Sorokin, Mikaela) (Entered: 10/22/2025) |
| 10/22/2025 | 11 | Second MOTION for Pro Hac Vice *Sarah Decker* (Fee Not Paid) filed by G- T-.Affidavit of Sarah Decker, Certificate of Service.(Wolf-Sorokin, Mikaela) (Entered: 10/22/2025) |
| 10/22/2025 | 12 | ORDER THAT PETITIONERS UNOPPOSED MOTIONS FOR ADMISSION PRO HAC VICE OF SARAH GILLMAN ESQUIRE & SARAH DECKER ESQUIRE (DOC. NOS. 10 & 11), ARE GRANTED, AND SARAH GILLMAN ESQUIRE & SARAH DECKER ESQUIRE ARE ADMITTED PRO HAC VICE TO APPEAR BEFORE THIS COURT |

| | | |
|---|---|---|
| | | AND PARTICIPATE IN THIS ACTION ON BEHALF OF G-T-. SIGNED BY DISTRICT JUDGE KAREN S. MARSTON ON 10/22/25.10/22/25 ENTERED AND COPIES E-MAILED.(amas) (Entered: 10/22/2025) |
| 10/23/2025 | 13 | Request For Issuance of Summonses by G- T-. (Attachments: # 1 Summons_Kristi Noem, # 2 Summons_Brian McShane, # 3 Summons_Todd Lyons, # 4 Summons_Pamela Bondi) (Wolf-Sorokin, Mikaela) (Entered: 10/23/2025) |
| 10/28/2025 | 14 | (VACATED PER ORDER NO. 15 ) AMENDED ORDER THAT A TELEPHONIC PRETRIAL CONFERENCE WILL BE HELD ON 11/14/2025, AT 11:00 AM, BEFORE DISTRICT JUDGE KAREN S. MARSTON, ETC. SIGNED BY DISTRICT JUDGE KAREN S. MARSTON ON 10/28/25. 10/28/25 ENTERED AND COPIES E-MAILED. (amas) Modified on 10/30/2025 (amas). (Entered: 10/28/2025) |
| 10/29/2025 | 15 | ORDER THAT THE COURTS OCTOBER 21, 2025, ORDER (DOC. NO. 9) AND OCTOBER 28, 2025, AMENDED ORDER (DOC. NO. 14) SCHEDULING A TELEPHONIC PRETRIAL CONFERENCE IS VACATED. SIGNED BY DISTRICT JUDGE KAREN S. MARSTON ON 10/29/25. 10/30/25 ENTERED AND COPIES E-MAILED.(amas) (Entered: 10/30/2025) |
| 11/07/2025 | 16 | MOTION to Dismiss *And Opposition in Response to Petition for Writ of Habeas Corpus and Complaint* filed by PAMELA BONDI, TODD LYONS, BRIAN MCSHANE, KRISTI NOEM.Memorandum, Certification of Counsel, Certif of Svc. (Attachments: # 1 Exhibit A Helland Email, # 2 Exhibit B Bond Memorandum Decision)(GALLOWAY, MONIQUE) (Entered: 11/07/2025) |
| 11/13/2025 | 17 | NOTICE of Voluntary Dismissal by G- T- As To Joint Notice of Voluntary Dismissal(Wolf-Sorokin, Mikaela) (Entered: 11/13/2025) |

## PACER Service Center

### Transaction Receipt

| 05/04/2026 20:52:04 | | | |
|---|---|---|---|
| **PACER Login:** | sdecker48 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-05788-KSM |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |