IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:26CV28-MOC-MTO

| | |
|---|---|
| CAROLINA MIGRANT NETWORK, AMICA CENTER FOR IMMIGRATION RIGHTS | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES IMMIGRATION CUSTOMS ENFORCEMENT, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO EXTEND BRIEFING DEADLINES**

The United States moves this Court to extend its deadline by 10 days for filing its response to Plaintiffs' motion for summary judgment and its reply in support of the United States' motion for summary judgment. The United States also moves this Court to extend Plaintiffs' deadline for filing their reply in support of their motion for summary judgment by 10 days. The United States makes this motion for the following reasons.

1. Consistent with this Court's July 9, 2026, order, the United States' response to Plaintiffs' motion for summary judgment and reply in support of its motion for summary judgment is due tomorrow, September 24. Plaintiffs' reply in support of their motion for summary judgment is currently due October 1. *Id.*

2. Because this is a FOIA action against Immigration and Customs Enforcement, the undersigned Assistant United States Attorney is working closely

with attorneys at ICE to understand the facts and circumstances of this case and to develop and respond to legal arguments.

3. Last week, the ICE attorney who is handling this matter had a workplace accident resulting in injury. Although she expects to return to work soon, she has not been available to consult with the undersigned or to reviews United States' draft response/reply brief. The undersigned needs further consultation with the ICE attorney to ensure that the United States response/reply brief is as accurate and helpful to this Court as possible.

4. Because of the unexpected unavailability of ICE counsel, the United States respectfully requests an extension of 10 days in which to file its response/reply brief. This extension would make the United States' brief due October 5. Plaintiffs will need a corresponding 10-day extension of time for their reply brief, which would extend their deadline to October 13.

5. Plaintiffs generously consent to this extension request.

Respectfully submitted this 23rd day of September, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel: (828) 271-4661
Fax: (828) 271-4327
Email: Amy.Ray@usdoj.gov

*Counsel for the United States*