# EXHIBIT 3

**DECLARATION OF FREDERICK EVAN BENZ, ESQ.**

I, F. Evan Benz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed in the State of North Carolina (Bar No. 49077) and the State of Georgia (Bar No. 820944). I am currently employed by Amica Center for Immigrant Rights ("Amica Center"), which is based in Washington, D.C. I am based in North Carolina.

2. Amica Center engaged Daniel Melo ("Attorney Melo") to file a lawsuit under the Freedom of Information Act ("FOIA") in 2025, after a FOIA request we submitted to United States Immigration and Customs Enforcement ("ICE") went unanswered for more than one year.

3. On November 5, 2025, Attorney Melo filed a civil complaint against ICE on behalf of Amica Center in the federal district court for the District of Columbia. ECF No. 1, Complaint, Amica Center for Immigrant Rights v. U.S. Immigration and Customs Enforcement, No. 1:25-cv-03867 (D.D.C. November 5, 2025). This action sought to compel ICE to produce the records sought in Amica Center's FOIA request. The FOIA request sought a number of policies relating to ICE's "Alternatives to Detention" ("ATD") program that the agency had never published, along with any unpublished updates to ATD policies that it had published.

4. Nearly one year into that litigation, on October 5, 2026, ICE conducted a search for responsive records and produced ninety pages of records to Amica Center. Among those records produced was a two-page email, dated June 9, 2025, with the subject line "Increase of In-Person Check-Ins at Contractor Offices for ATD Participants." This appears to be a version of the email sent by ICE Acting Assistant Director Dawnisha M. Helland on the same subject and on the same

date. The version produced to Amica Center in the D.D.C. FOIA litigation redacts the name of the author of the email and the email addresses of certain senders and recipients under Exemptions (b)(6), (b)(7)(C), (b)(7)(E), and (b)(7)(F). The body of the email is completely unredacted.

5. On October 7, 2025, my colleagues and I filed a petition for a writ of habeas corpus in the federal district court for the Eastern District of Pennsylvania on behalf of a client, Mr. G.T., following ICE's unlawful decision to impose an ankle monitor on Mr. G.T. after he was released from ICE detention pursuant to an Immigration Judge's bond order. This petition was assigned Case No. 2:25-cv-05788-KSM. The Respondents in this case, inter alia, the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement (who was Todd Lyons at the time we filed the lawsuit).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026. __/s/ F. Evan Benz__________

F. Evan Benz